# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America

v.

1. Jessica Lynn Cooper, and
2. Michael Fuller

Case No.: 23-9260 MJ

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or between November 16, 2021, and May 1, 2023, in the County of Maricopa in the District of Arizona, the defendants violated 18 U.S.C. §§ 924(a)(1)(A), 922(a)(6), 924(a)(2), 933, and 922(g)(1), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Task Force Officer (TFO) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

AUTHORIZED BY: Jacqueline Schesnol, AUSA   *Keith Vnt*   Digitally signed by KEITH VERCAUTEREN Date: 2023.05.02 11:29:39 -07'00'

ANDREW BARCIZ, TFO for ATF
Name of Complainant

Signature of Complainant

Sworn to before me telephonically

5/2/2023 @12:51pm
Date

at   Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

*EsWillett*
Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS
## COUNTS 1-52

On or between November 16, 2021 and April 24, 2023, in the District of Arizona, Defendant JESSICA LYNN COOPER knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JESSICA LYNN COOPER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant JESSICA LYNN COOPER resided at an address on W. Belmont Ave. in Phoenix, Arizona, whereas in truth and fact, Defendant JESSICA LYNN COOPER knew that she resided at a different address:

| Count | Date | FFL |
|-------|------|-----|
| 1 | 11/16/2021 | Cal Ranch |
| 2 | 01/19/2022 | Cal Ranch |
| 3 | 08/12/2022 | Pawn 1st |
| 4 | 09/03/2022 | Pawn 1st |
| 5 | 09/10/2022 | Sammy Ds |
| 6 | 09/23/2022 | Sportsmans Warehouse |
| 7 | 09/24/2022 | Sportsmans Warehouse |
| 8 | 09/25/2022 | Sportsmans Warehouse |
| 9 | 09/26/2022 | Sportsmans Warehouse |
| 10 | 09/27/2022 | Tactical Studio LLC |
| 11 | 09/29/2022 | Sammy Ds |
| 12 | 10/04/2022 | Sportsmans Warehouse |

| | | |
|---|---|---|
| 13 | 10/06/2022 | Cabelas |
| 14 | 10/07/2022 | Tactical Studio LLC |
| 15 | 10/09/2022 | Sportsmans Warehouse |
| 16 | 10/11/2022 | Sammy Ds |
| 17 | 10/12/2022 | Tactical Studio LLC |
| 18 | 10/14/2022 | Tactical Studio LLC |
| 19 | 10/17/2022 | Tombstone |
| 20 | 10/18/2022 | Cabelas |
| 21 | 10/18/2022 | Tactical Studio LLC |
| 22 | 10/19/2022 | Pawn 1st |
| 23 | 10/21/2022 | Sportsmans Warehouse |
| 24 | 10/22/2022 | Tactical Studio LLC |
| 25 | 10/27/2022 | Tactical Studio LLC |
| 26 | 10/28/2022 | Cabelas |
| 27 | 10/28/2022 | Tombstone |
| 28 | 10/31/2022 | Cabelas |
| 29 | 10/31/2022 | Sportsmans Warehouse |
| 30 | 11/02/2022 | Sportsmans Warehouse |
| 31 | 11/04/2022 | Cabelas |
| 32 | 11/10/2022 | Tactical Studio LLC |
| 33 | 11/18/2022 | Sportsmans Warehouse |
| 34 | 11/21/2022 | Sammy Ds |
| 35 | 11/22/2022 | Sammy Ds |
| 36 | 11/26/2022 | Sportsmans Warehouse |
| 37 | 11/28/2022 | Sportsmans Warehouse |
| 38 | 12/26/2022 | Tactical Studio LLC |
| 39 | 01/16/2023 | Tactical Studio LLC |

| 40 | 01/18/2023 | Ammo AZ |
| --- | --- | --- |
| 41 | 01/19/2023 | Sportsmans Warehouse |
| 42 | 02/08/2023 | Sportsmans Warehouse |
| 43 | 03/22/2023 | Cabelas |
| 44 | 03/30/2023 | Tactical Studio LLC |
| 45 | 03/30/2023 | Sammy Ds |
| 46 | 04/17/2023 | Tactical Studio LLC |
| 47 | 04/18/2023 | Cabelas |
| 48 | 04/18/2023 | Cabelas |
| 49 | 04/20/2023 | Sammy Ds |
| 50 | 04/21/2023 | Sportsmans Warehouse |
| 51 | 04/22/2023 | Sportsmans Warehouse |
| 52 | 04/24/2023 | Superpawn |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 53-100

On or between November 16, 2021 and April 24, 2023, in the District of Arizona, Defendant JESSICA LYNN COOPER knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JESSICA LYNN COOPER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth and fact, she knew that she was purchasing the firearms for someone else:

| Count | Date | FFL |
|---|---|---|
| 53 | 08/12/2022 | Pawn 1st |
| 54 | 09/03/2022 | Pawn 1st |
| 55 | 09/10/2022 | Sammy Ds |
| 56 | 09/23/2022 | Sportsmans Warehouse |
| 57 | 09/24/2022 | Sportsmans Warehouse |
| 58 | 09/25/2022 | Sportsmans Warehouse |
| 59 | 09/26/2022 | Sportsmans Warehouse |
| 60 | 09/27/2022 | Tactical Studio LLC |
| 61 | 09/29/2022 | Sammy Ds |
| 62 | 10/04/2022 | Sportsmans Warehouse |
| 63 | 10/06/2022 | Cabelas |
| 64 | 10/07/2022 | Tactical Studio LLC |
| 65 | 10/09/2022 | Sportsmans Warehouse |
| 66 | 10/11/2022 | Sammy Ds |
| 67 | 10/12/2022 | Tactical Studio LLC |
| 68 | 10/14/2022 | Tactical Studio LLC |
| 69 | 10/17/2022 | Tombstone |
| 70 | 10/18/2022 | Cabelas |
| 71 | 10/18/2022 | Tactical Studio LLC |
| 72 | 10/19/2022 | Pawn 1st |
| 73 | 10/21/2022 | Sportsmans Warehouse |
| 74 | 10/22/2022 | Tactical Studio LLC |
| 75 | 10/27/2022 | Tactical Studio LLC |
| 76 | 10/28/2022 | Cabelas |
| 77 | 10/28/2022 | Tombstone |
| 78 | 10/31/2022 | Cabelas |

| | | |
|---|---|---|
| 79 | 10/31/2022 | Sportsmans Warehouse |
| 80 | 11/02/2022 | Sportsmans Warehouse |
| 81 | 11/04/2022 | Cabelas |
| 82 | 11/10/2022 | Tactical Studio LLC |
| 83 | 11/18/2022 | Sportsmans Warehouse |
| 84 | 11/21/2022 | Sammy Ds |
| 85 | 11/22/2022 | Sammy Ds |
| 86 | 11/26/2022 | Sportsmans Warehouse |
| 87 | 11/28/2022 | Sportsmans Warehouse |
| 88 | 12/26/2022 | Tactical Studio LLC |
| 89 | 01/16/2023 | Tactical Studio LLC |
| 90 | 01/18/2023 | Ammo AZ |
| 91 | 02/08/2023 | Sportsmans Warehouse |
| 92 | 03/22/2023 | Cabelas |
| 93 | 03/30/2023 | Tactical Studio LLC |
| 94 | 03/30/2023 | Sammy Ds |
| 95 | 04/17/2023 | Tactical Studio LLC |
| 96 | 04/18/2023 | Cabelas |
| 97 | 04/20/2023 | Sammy Ds |
| 98 | 04/21/2023 | Sportsmans Warehouse |
| 99 | 04/22/2023 | Sportsmans Warehouse |
| 100 | 04/24/2023 | Superpawn |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## **COUNT 101**

On or between January 16, 2023 and May 1, 2023, in the District of Arizona, Defendant JESSICA LYNN COOPER did ship, transport, transfer, cause to be transported,

and otherwise dispose of a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in or otherwise affecting interstate or foreign commerce, to Defendant MICHAEL FULLER, whom Defendant JESSICA LYNN COOPER knew or had reasonable cause to believe that Defendant MICHAEL FULLER's use, carrying, or possession of the firearm would constitute a felony, to wit: Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, and Arizona Revised Statute (A.R.S.) § 13-3102(a)(4), Misconduct Involving Weapons.

In violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 102

On or between January 16, 2023 and May 1, 2023, in the District of Arizona, Defendant MICHAEL FULLER did receive a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in or otherwise affecting interstate or foreign commerce, from Defendant JESSICA LYNN COOPER, and Defendant MICHAEL FULLER knew or had reasonable cause to believe that Defendant MICHAEL FULLER's receipt of the firearm would constitute a felony, to wit: Title 18, United States Code, Section 922(g)(1), Felon in Possession of Firearm, and Arizona Revised Statute (A.R.S.) § 13-3102(a)(4), Misconduct Involving Weapons.

In violation of Title 18, United States Code, Section 933(a)(2).

## COUNT 103

On or about May 1, 2023, in the District of Arizona, Defendant MICHAEL FULLER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>**ATTACHMENT B**</u>

<u>**STATEMENT OF PROBABLE CAUSE**</u>

I, Andrew Barciz, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms & Explosives, being duly sworn, hereby depose and state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1.      I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF).  I have been a sworn police officer since June of 2001 and have been sworn as a Federal Task Force Officer since September 18, 2019.  I have investigated numerous weapons related offenses in collaboration with both state and federally sworn officers.  I have also investigated numerous federal weapons violations to include weapons trafficking, straw purchases, and weapons manufacturing of unlawful devices.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

3.      Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States.  Based on the below facts, your Affiant submits there is probable cause that JESSICA LYNN COOPER has committed violations of 18 U.S.C. § 924(a)(1)(A) (False Statements During the Purchase of a Firearm) (Counts 1-52), 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statements During the Purchase of a Firearm) (Counts 53-100), 18 U.S.C. § 933 (Trafficking in Firearms) (Count 101), and MICHAEL FULLER has committed violations of 18 U.S.C. § 933 (Trafficking in Firearms) (Count 102) and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) (Count 103).

**PROBABLE CAUSE**

4.     Your Affiant investigated a group of people between November 2022 and March of 2023.  The group was involved in various crimes, including drug possession and distribution, aggravated assaults with firearms, unlawful weapons possession, and minors in possession of weapons.  Your Affiant authored state search warrants in those cases and obtained records from Instagram.

5.     Your Affiant reviewed Instagram records and noted a conversation on January 19, 2023, where one of the people (a juvenile) offered a Taurus handgun for sale and made mention of it coming from a "shop."  The juvenile provided a photo of the firearm to the potential buyer.  The photo depicted a Taurus handgun in box with a serial number of ADN05214.

6.     Your Affiant conducted research of this firearm and found it was purchased on January 18, 2023 (the day before the firearm was offered for sale), at AMMO AZ, a licensed FFL in the state of Arizona, by Defendant JESSICA LYNN COOPER (COOPER).  COOPER also purchased a second Taurus 9mm handgun from AMMO AZ on the same day, January 18, 2023.

7.     Your Affiant researched firearms purchased and subsequently recovered in criminal investigations that COOPER had purchased.  As of April 28, 2023, your Affiant found COOPER purchased approximately 67 firearms since November 2021.  COOPER has made many multiple purchases of firearms and many of the firearms she purchased were inexpensive handguns.  Your Affiant knows from training and experience that inexpensive firearms are frequently sought after by prohibited possessors, because prohibited possessors may have to discard a firearm if contacted by law enforcement to avoid detection.  Therefore, prohibited possessors tend to use inexpensive firearms.  Your Affiant also knows from his experience that subjects who traffic in firearms at the street

level, typically profit $50-200 over the purchase price. Due to this mark up, expensive guns are less likely to be bought by the average street level buyer.

8. Your Affiant knows from his training and experience in firearms purchases from Federal Firearms Licensees (FFLs), that the person buying the firearm must fill out a form referred to as a Form 4473. This form is an industry standard form provided by the U.S. Department of Justice and the Bureau of Alcohol, Tobacco, Firearms and Explosives. The information on this form is used to allow both the FFL and Federal Bureau of Investigations (FBI) to conduct a background check, which impacts the ability to proceed with the firearm sale.

9. The Form 4473 form requires personal information, including name, date of birth, place of birth, current address, and other physical descriptions of the person. Your Affiant knows from his training and experience that the address provided by the purchaser must be a current address and match a government issued document for the FFL to proceed with the transaction.

10. The Form 4473 also includes a series of questions that the person purchasing the firearm must answer yes or no to. Question 21a is: "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? Warning: You are not the actual transferee/ buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: if you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a and may proceed to question 21.b."

11. Due to traces of firearms provided later in this affidavit and the fact that a juvenile was offering a firearm purchased by COOPER for sale only one day after purchasing it, your Affiant believes COOPER has not been truthful when checking yes to question 21a on all Form 4473's obtained from FFLs. An answer of no to this question would result in a denial of the transfer of the firearm by the FFL to COOPER.

12.     The Form 4473 also requires the purchaser to attest to the truthfulness of their answers, and specifically the Form 4473 says:

> "I certify that my answers in Section B are true correct and complete. I have read and understand the Notices, Instructions, and Definitions on the ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.1.1. is prohibited from receiving or possessing a firearm unless the person answers "yes" to question 21.1.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibited any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."

13.     Your Affiant noted that on all Form 4473's reviewed for COOPER's purchases, she listed an address of on W. Belmont Ave, Phoenix, Arizona, which was not truthful.  On the Form 4473s, the FFLs listed an Arizona Driver's License of B13928759 and indicated they had reviewed the driver's license issued to COOPER to verify the information provided by her on the Form 4473s.

14.     Your Affiant noted that ten (10) of the firearms COOPER purchased have been recovered in criminal investigations in California, Nevada, and Arizona.  One of the firearms purchased by COOPER was recovered in Mexico 77 days after it was purchased. The time from purchase to recovery for the ten (10) firearms varies but some have been as short as 26 days.  Based on your Affiant's training and experience, I know that when firearms are recovered within a short time of being purchased, the purchaser often bought the firearms with the intent of selling or giving the firearms to another individual.  Based on your Affiant's training and experience, when firearms are recovered pursuant to

4

criminal investigations, the purchaser bought them with the intent of selling or giving them to another individual. Based on your Affiant's training and experience, when firearms are recovered out of state, the purchaser bought them with the intent of selling or giving them to another individual. It should be noted that it is easier to purchase firearms in Arizona than in California.

15. Your Affiant contacted several of the FFL's where COOPER has purchased firearms and requested copies of the Form 4473s used in those purchases. Your Affiant reviewed numerous Form 4473s including from November 2021 through April 2023. Your Affiant found on all the Form 4473s that COOPER provided an address on W. Belmont Ave in Phoenix, Arizona.

16. Your Affiant conducted records checks and found that the property on W. Belmont Ave. is owned by Adam Cooper, JESSICA COOPER's ex-husband. On April 24, 2023, your Affiant spoke with Adam Cooper via phone. Adam Cooper informed your Affiant that COOPER has not resided at the W. Belmont Ave. address since September 7, 2021, and that he has not had contact with COOPER for an extended period. Adam Cooper confirmed that JESSICA COOPER does not use the W. Belmont Ave. address in any way and receives no mail at that location.

17. Your Affiant noted COOPER purchased a firearm at Cabelas/Bass Pro Shop at 9380 W. Glendale Ave., Glendale, Arizona on April 18, 2023. Your Affiant reviewed security video of that purchase and noted that COOPER arrived and left in a red Cadillac. Your Affiant noted that during this purchase COOPER used her cell phone while in the store.

18. On April 21, 2023, COOPER purchased a firearm at Sportsman's Warehouse at 10145 W. McDowell Road, Avondale Arizona. Sportsman's Warehouse provided security video to your Affiant of this transaction. On that video, COOPER can be seen with a male, later identified as her boyfriend, MICHAEL FULLER (FULLER).

5

19.     FULLER currently has an active felony warrant for his arrest.  FULLER is also a prohibited possessor, meaning he cannot legally purchase or possess firearms, based on three prior felony convictions from Yavapai County, Arizona in 2006, 2010, and 2014.  Your Affiant contacted Yavapai Superior Court to confirm these convictions and request certified conviction records.

20.     On April 22, 2023, COOPER went to Sportsman's Warehouse again and attempted to purchase two handguns.  Sportsman's provided security video to your Affiant of this event.  On that video, COOPER and FULLER are visible both inside and outside the store.  While at Sportsman's, both COOPER and FULLER can be seen using their cell phones.

21.     After completing the initial paperwork for the firearm purchase, COOPER and FULLER went to the parking lot.  They spent time inside and outside of COOPER's red Cadillac CTS.  The two appear to smoke drugs from aluminum foil, while seated in the car.  COOPER went back into the store afterwards.  COOPER filled out a Form 4473 using the W. Belmont Ave. address, and the store delayed selling her the firearm.  FFLs are required to submit Form 4473 to the FBI for background checks.  The FFLs will receive a response of: Proceed, Denied, or Delayed.  If the FFL receives a "Delayed" status, the FFL typically holds the firearm for three days awaiting a final determination.  If no answer is provided after three days, the FFL may proceed with the transfer of the firearm.

22.     The store security video shows FULLER outside Sportsman's, adjacent to the red Cadillac CTS, removing a firearm (specifically a handgun) from his waistband and holding it in his hand in the passenger seat of the vehicle.  COOPER exited the store and got into the driver's seat, driving away with FULLER still holding the firearm in his hand.

23.     The security video from Sportsman's shows an Arizona temporary license plate 16820PP attached to the red Cadillac CTS.  This license plate record is for a 2013 red

6

Cadillac CTS registered to JESSICA COOPER, with an address of 1107 E. Northview Ave., Phoenix, Arizona.

24.     On April 24, 2023, your Affiant was informed that COOPER attempted to purchase a shotgun at Superpawn, an FFL, at 300 W. McDowell Road, Phoenix, Arizona. Your Affiant spoke to staff at that store who stated COOPER had been in the store with a white male who had an empty gun holster on his hip.  The male told the employee he had left his gun in the car due to not knowing the store policy.  The store provided a still photo of the male with COOPER.  Your Affiant compared the still photo to a known photo of FULLER and identified the male with COOPER as FULLER.  On May 1, 2023, your Affiant interviewed FULLER and again identified the photograph of the male with COOPER as FULLER.

25.     On April 26, 2023, your Affiant found a listed phone number of (602) 860-8465 for COOPER.  Your Affiant noted this phone number was provided to an FFL as a number to contact COOPER.  The owner of Superpawn stated that COOPER had contacted him using this number to purchase firearms.

26.     On April 26, 2023, United States Magistrate Judge Deborah Fine issued search warrant 23-5221MB, to track the cell phone associated with (602) 860-8465.  Your Affiant began receiving location information from T-Mobile upon service of the warrant. It should be noted that the location "pings" received from T-Mobile for this device are provided approximately every 10 minutes.  Your affiant reviewed many of these pings and noted that the radius provided has varied but has been as small as 11 meters.  These pings consistently show the device indicating COOPER is living at the apartment complex located at 2627 N. 45th Ave., Phoenix, Arizona.

27.     Law enforcement conducted surveillance of this location and saw the red Cadillac CTS  in the parking lot of this apartment complex.

28.     A Phoenix Police Department (PPD) detective contacted the manager of the apartment complex at which COOPER was staying and showed the manager photographs of FULLER and COOPER.   The manager confirmed that FULLER is the lessor of apartment 2156; however, the manager knows the lessor by a name other than FULLER. The manager provided a copy of the driver's license FULLER used to lease the apartment. The driver's license was issued from the state of Florida and displayed FULLER's photo. However, the Florida driver's license contained the name Eugene Conner and date of birth other than FULLER's actual date of birth.  Additionally, the apartment complex manager knows FULLER by the name Eugene Conner.

29.     The phone number FULLER provided to the manager was (775) 293-7855. Law enforcement determined the name associated with that number is MICHAEL FULLER.  Your affiant spoke to the apartment manager on April 28, 2023.  The manager stated when FULLER applied for the lease, COOPER was with him.  When questioned about COOPER's relationship with FULLER, they indicated FULLER was COOPER's boss.

30.     Law enforcement conducted surveillance at the apartment complex on April 27, 2023, and observed FULLER exit the apartment.  Later the same day, law enforcement also observed COOPER exit the apartment.

31.     On April 25, 2023, United States Magistrate Judge Deborah Fine issued warrant 23-5196MB, to track the red Cadillac CTS.  The tracking device was installed on April 27, 2023.  On April 27, 2023, the red Cadillac CTS was in the parking lot of the apartment complex where COOPER lives.  Since the installation, the tracking device has shown the red Cadillac CTS consistently at the apartment complex where COOPER lives, and law enforcement has observed COOPER getting an item out of the red Cadillac CTS.

32.     Your Affiant obtained a copy of the driver's license from the state of Florida Department of Motor Vehicles using the name and date of birth on the forged driver's

license provided by FULLER to obtain the lease for the apartment where COOPER lives. Your Affiant found the photo for the actual license from Florida did not match FULLER, which indicates FULLER has been using another person's identity. This also indicates FULLER is in possession of a forged document that he used to rent the apartment.

33.    In total, COOPER has completed fifty-two (52) Form 4473s between November 16, 2021, and April 27, 2023, allowing her to obtain a total of sixty-seven (67) firearms. Your Affiant has reviewed all fifty-two (52) Form 4473s completed and signed by COOPER. On all the Form 4473s, COOPER provided the W. Belmont Ave. address on those forms, which was not her address at the time of the purchases.

34.    On all the Form 4473s, COOPER indicated she was purchasing the firearms for herself. Based on the recovery of multiple firearms in connection with criminal investigations, some of the firearms recovered out of state, the facts contained above, and the fact that FULLER cannot purchase firearms, your Affiant believes COOPER purchased firearms for someone other than herself.

35.    On April 28, 2023, United States Magistrate Judge Deborah Fine issued warrant 23-5273MB for 2627 N 47th Ave, Apt. 2156, Phoenix AZ and for the red 2013 Cadillac CTS bearing AZ plate 16820PP. On May 1, 2023, at approximately 1:29 p.m. both warrants were served on those locations and COOPER and FULLER were removed from the apartment after refusing to exit for several minutes.

36.    Inside the apartment, a Glock 17 handgun was located which had a serial number of SPD1741. This firearm was purchased by COOPER on January 16, 2023, at the FFL Tactical Studio in Glendale, AZ. Also located was a Ruger Wrangler .22 revolver with serial number 207-16004. This firearm was purchased by COOPER on March 22, 2023, at Cabelas in Glendale.

37.    When COOPER exited the apartment and surrendered to police, she had a purse on her person. In that purse, police located a loaded Beretta APX 9mm pistol. This

firearm had a serial number of A079201X and was purchased by COOPER on April 18, 2023, at Cabelas in Glendale AZ.

38.    Your Affiant read COOPER her *Miranda* rights and then interviewed her. COOPER confirmed she had bought many firearms over the last year and a half. COOPER also stated she was in a romantic relationship with FULLER and had been a victim of domestic violence crimes while with him last year in Las Vegas, Nevada. COOPER stated that when FULLER was arrested in Nevada for that incident two of the firearms purchased by her in November of 2021 and January 2022 had been seized as being possessed by FULLER.

39.    COOPER confessed that she had bought the vast majority of the firearms over the last year and half on behalf of FULLER and herself to resell via the website "Armslist." COOPER stated both FULLER and her would place the ads and both would access the website to communicate with buyers on their cell phones. COOPER admitted over the last several months this has been their main source of revenue to pay bills, buy food, and to buy drugs. COOPER admitted to using illegal drugs daily, and stated she smokes either Methamphetamine or Fentanyl daily. COOPER felt she needed to cooperate with FULLER or suffer emotional or physical harm. COOPER did admit that after FULLER was incarcerated in Nevada for Battery against her, she went back to Nevada after FULLER was released and resumed her relationship with him.

40.    Your Affiant asked about the Glock 17 handgun found in the apartment. COOPER admitted to buying it for FULLER who she knew as currently wanted by law enforcement and was using an alias and fake ID to avoid detection by law enforcement. COOPER stated that FULLER had carried the gun on his person on April 22, 2023, as seen on video at Sportsmans and also while shopping for a shotgun at Superpawn the following day. FULLER left the gun in their car in the parking lot before going into the store but had an empty holster on him. While attempting to go through the list of the 67 firearms bought

by COOPER, she had trouble recalling to whom she sold the majority of the firearms. Regarding the recent firearms purchased in April, she recalled selling one of the guns to a white male and another to a male whom she had sold numerous guns to in the past. COOPER stated the guns would be listed on Armslist almost immediately after purchase and sold quickly as they did not have much operating capital. COOPER stated on average they would profit around $100-150 a gun. There were occasions where she would suffer a loss on a gun. COOPER admitted she had not lived physically at the address on Belmont since August of 2021. When asked why she used this address still, COOPER stated despite being divorced for several years she felt it was her home and felt someday she would reconcile with her ex-husband. She agreed she had little contact with the address besides an event for her daughter and going to see a dying family pet.

41.    COOPER could only account for one of the 67 firearms purchased by her as being gifted to a son of FULLER. COOPER acknowledged the Beretta found in her purse was her firearm for protection. Other than the firearms seized by Nevada from FULLER, COOPER stated all other guns had been sold or were possessed by FULLER.

42.    Your Affiant also read FULLER his *Miranda* rights and interviewed him. FULLER admitted to assisting COOPER in buying and selling guns, but stated he believed it was legal because COOPER could legally own guns. FULLER admitted to possessing the Glock handgun on video which was found in the apartment. FULLER advised he had picked out the Glock and got COOPER to purchase it for him and carried it off an on for their protection. FULLER admitted to assisting in the Armslist ads and going along for sales with COOPER for protection. FULLER also admitted to using illegal drugs daily. FULLER stated he primarily used Fentanyl. FULLER was aware he was a Felon and therefore prohibited from having firearms. FULLER was also aware he was wanted by the state of Nevada and Arizona for felony warrants. FULLER admitted to trading one of the recent guns purchased by COOPER to a drug dealer for drugs. When asked about to whom

the firearms were sold, FULLER told your Affiant to look in his phone as the messages regarding the sales would show to whom they sold them. FULLER also mentioned gifting one of the firearms to his son. FULLER would also claim that he had gifted other firearms to friends of his in the past. FULLER stated he would provide funds for COOPER to purchase the guns.

43.     Attachment C is list of firearms which COOPER and FULLER believed they had sold via Armslist, word of mouth, or provided to FULLER soon after purchase. This totals forty-six (46) Form 4473s filled out for a total of 63 firearms obtained.

44.     Attachment D is a list of all fifty-two (52) Form 4473s filled out by COOPER which either resulted in a firearm(s) being transferred to her or attempting to obtaining a transfer which contained the incorrect address provided by her. For the listed fifty-two (52) Form 4473s, COOPER attested the firearms were for herself. From COOPER's interview, however, it would appear this was a correct statement for only four (4) of the Form 4473s, resulting in the other forty-eight (48) having a material false statement. The four (4) transactions that COOPER truthfully attested the firearms were for herself are highlighted in Green.

45.     For these reasons, your affiant submits that there is probable cause to believe JESSICA LYNN COOPER has committed violations of 18 U.S.C. § 924(a)(1)(A) (False Statements During the Purchase of a Firearm) (Counts 1-52), 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statements During the Purchase of a Firearm) (Counts 53-100), and 18 U.S.C. § 933 (Trafficking in Firearms) (Count 101), and FULLER has committed violations of 18 U.S.C. § 933 (Trafficking in Firearms) (Count 102) and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) (Count 103).

46.     I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

12

_____

ANDREW BARCIZ
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives


Sworn to and subscribed telephonically this ___2___ day of May, 2023.


_____

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

**Attachment C**

1. 08/12/2022, Pawn 1st, 16810 N 19th Ave, Phoenix, AZ 85023. Ruger LCP 380 pistol 372143755.

2. 09/03/2022, Pawn 1st, 16810 N 19th Ave, Phoenix, AZ 85023. Phoenix Arms HP22A 22 caliber pistol 44574490

3. 09/10/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Jimenez Arms JA9 9mm pistol 32554.

4. 09/23/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus PT738 380 caliber pistol 54442A

5. 09/24/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus G2S 9mm pistol ADD185207

6. 09/25/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Beretta APX 9mm pistol. A097424X

7. 09/26/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Smith and Wesson SD9VE 9mm pistol FZU4448

8. 09/27/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol ADJ729421

9. 09/29/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Taurus PT111 9mm pistol TBX18409

10. 10/04/2022, Sportsmans Warehouse, 19205 N 27th Avenue, Phoenix AZ 85027. Taurus G2S 9mm pistol ADD185068

11. 10/06/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. SCCY CPX-2 9mm pistol C132677

12. 10/07/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol ADJ729419 and Taurus G3XL 9mm pistol ADA888766

13. 10/09/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus G3 9mm pistol ADD193293

14. 10/11/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Lorcin LH380 380 pistol LH00903, Bryco Bryco 38 380 pistol 1343774, and Rohm 38s 38 special revolver 388245.

15. 10/12/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol ADJ725321

16. 10/14/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol 1C141180

17. 10/17/2022, Tombstone, 10005 N Metro Pkwy E Phoenix, AZ 85051. Taurus G2C 9mm pistol ADG495813

18. 10/18/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Taurus G2S 9mm pistol ADD217354

19. 10/18/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol 1C144770

20. 10/19/2022, Pawn 1st, 16810 N 19th Ave, Phoenix, AZ 85023. Taurus PT111 9mm pistol ACC658414 and Taurus G3C 9mm pistol ACJ264112

21. 10/21/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus 856 38 special revolver. ACL521791

22. 10/22/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. SCCY CPX-2 9mm pistol C428032, CBC/FIE SB 12 gauge shotgun 1411333, Taurus G2C 9mm pistol ADD204042

23. 10/27/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Tisas Zigana PX-D9 9mm pistol T062022DC01886

24. 10/28/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Taurus G2S 9mm pistol ADD215503 and Canik TP9 Elite 9mm pistol 21CB00519

25. 10/28/2022, Tombstone, 10005 N Metro Pkwy E Phoenix, AZ 85051. SCCY CPX-2 C300651 and Taurus G2C ADG495832

26. 10/31/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Glock 17 9mm pistol UMW822

27. 10/31/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. SIG SAUER P365 9mm pistol 66B917087

28. 11/02/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus G3 9mm pistol ADE321307 and Glock 26 9mm pistol WRB179

29. 11/04/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Glock 23 40 pistol MSK287

30. 11/10/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Tisas Zifana PX-9 9mm pistol T062022DC06134

31. 11/18/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392.  Taurus G3 9mm pistol ADD198870 and Stoeger STR9 9mm pistol T6429-19U12574

32. 11/21/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Taurus G3C 9mm pistol ABG71190

33. 11/22/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Taurus PT140 40 caliber pistol 5GZ65386, Taurus G2C 9mm pistol ACD749209, Jimenez Arms JA22 22 caliber pistol 1275588

34. 11/26/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus PT111 9mm pistol ADK820226

35. 11/28/2022, Sportsmans Warehouse, 19205 N 27th Ave, Phoenix, AZ 85027. Taurus PT111 9mm pistol ADK770001 and Taurus PT111 9mm pistol ADK814678

36. 12/26/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus TH9 9mm pistol ADD217827

37. 01/16/2023 Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Glock 17 9mm pistol SPD1741

38. 01/18/2023 Ammo AZ, 2005 W Deer Valley Road 103, Phoenix AZ, 85027. Taurus G3C 9mm pistol ADD161534 and Taurus G2S 9mm pistol ADN050214.

39. 02/08/2023, Sportsmans Warehouse, 1761 E Hwy 69 #26, Prescott, AZ 86301, Mossberg 715p 22 pistol. EVD4635980

40. 03/22/2023, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Ruger Wrangler 22 caliber revolver 207-16004 and Glock 22 40 caliber TFB869

41. 03/30/2023 Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Diamondback DB9 9mm pistol YN1755

42. 03/30/2023, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Lone Wolf Receiver F1AD712 and Cobra CB380 380 pistol CT112695 (Derringer)

43. 04/17/2023 Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Diamondback DB9 9mm pistol YN1769

44. 04/18/2023, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Beretta APX 9mm pistol A079201X

45. 04/18/2023, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Ruger EC9S 9mm pistol 462-95667

46. 04/20/2023, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Jimenez JA380 380 pistol 130664 and SCCY CPX-1 9mm pistol 213083.

47. 04/21/2023, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. SCCY CPX2 9mm pistol C451320

# **Attachment D**

1. 11/16/2021, Cal Ranch, 1048 w willow creek road, Prescott, AZ 86301. Taurus G2C 40 caliber pistol AJC331746

2. 01/19/2022, Cal Ranch, 1048 w willow creek road, Prescott, AZ 86301. Springfield XDS-9 9mm pistol BA253291

3. 08/12/2022, Pawn 1st, 16810 N 19th Ave, Phoenix, AZ 85023. Ruger LCP 380 pistol 372143755.

4. 09/03/2022, Pawn 1st, 16810 N 19th Ave, Phoenix, AZ 85023. Phoenix Arms HP22A 22 caliber pistol 44574490

5. 09/10/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Jimenez Arms JA9 9mm pistol 32554.

6. 09/23/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus PT738 380 caliber pistol 54442A

7. 09/24/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus G2S 9mm pistol ADD185207

8. 09/25/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Beretta APX 9mm pistol. A097424X

9. 09/26/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Smith and Wesson SD9VE 9mm pistol FZU4448

10. 09/27/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol ADJ729421

11. 09/29/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Taurus PT111 9mm pistol TBX18409

12. 10/04/2022, Sportsmans Warehouse, 19205 N 27th Avenue, Phoenix AZ 85027. Taurus G2S 9mm pistol ADD185068

13. 10/06/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. SCCY CPX-2 9mm pistol C132677

14. 10/07/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol ADJ729419 and Taurus G3XL 9mm pistol ADA888766

15. 10/09/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus G3 9mm pistol ADD193293

16. 10/11/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Lorcin LH380 380 pistol LH00903, Bryco Bryco 38 380 pistol 1343774, and Rohm 38s 38 special revolver 388245.

17. 10/12/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol ADJ725321

18. 10/14/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol 1C141180

19. 10/17/2022, Tombstone, 10005 N Metro Pkwy E Phoenix, AZ 85051. Taurus G2C 9mm pistol ADG495813

20. 10/18/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Taurus G2S 9mm pistol ADD217354

21. 10/18/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus G2C 9mm pistol 1C144770

22. 10/19/2022, Pawn 1st, 16810 N 19th Ave, Phoenix, AZ 85023. Taurus PT111 9mm pistol ACC658414 and Taurus G3C 9mm pistol ACJ264112

23. 10/21/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus 856 38 special revolver. ACL521791

24. 10/22/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. SCCY CPX-2 9mm pistol C428032, CBC/FIE SB 12 gauge shotgun 1411333, Taurus G2C 9mm pistol ADD204042

25. 10/27/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Tisas Zigana PX-D9 9mm pistol T062022DC01886

26. 10/28/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Taurus G2S 9mm pistol ADD215503 and Canik TP9 Elite 9mm pistol 21CB00519

27. 10/28/2022, Tombstone, 10005 N Metro Pkwy E Phoenix, AZ 85051. SCCY CPX-2 C300651 and Taurus G2C ADG495832

28. 10/31/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Glock 17 9mm pistol UMW822

29. 10/31/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. SIG SAUER P365 9mm pistol 66B917087

30. 11/02/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus G3 9mm pistol ADE321307 and Glock 26 9mm pistol WRB179

31. 11/04/2022, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Glock 23 40 pistol MSK287

32. 11/10/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Tisas Zifana PX-9 9mm pistol T062022DC06134

33. 11/18/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392.  Taurus G3 9mm pistol ADD198870 and Stoeger STR9 9mm pistol T6429-19U12574

34. 11/21/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Taurus G3C 9mm pistol ABG71190

35. 11/22/2022, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Taurus PT140 40 caliber pistol 5GZ65386, Taurus G2C 9mm pistol ACD749209, Jimenez Arms JA22 22 caliber pistol 1275588

36. 11/26/2022, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Taurus PT111 9mm pistol ADK820226

37. 11/28/2022, Sportsmans Warehouse, 19205 N 27th Ave, Phoenix, AZ 85027. Taurus PT111 9mm pistol ADK770001 and Taurus PT111 9mm pistol ADK814678

38. 12/26/2022, Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Taurus TH9 9mm pistol ADD217827

39. 01/16/2023 Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Glock 17 9mm pistol SPD1741

40. 01/18/2023 Ammo AZ, 2005 W Deer Valley Road 103, Phoenix AZ, 85027. Taurus G3C 9mm pistol ADD161534 and Taurus G2S 9mm pistol ADN050214.

41. 01/19/2023, Sportsmans Warehouse, 19205 N 27th Ave, Phoenix, AZ 85027. Taurus PT111 G2 9mm pistol  ADK786112

42. 02/08/2023, Sportsmans Warehouse, 1761 E Hwy 69 #26, Prescott, AZ 86301, Mossberg 715p 22 pistol. EVD4635980

43. 03/22/2023, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Ruger Wrangler 22 caliber revolver 207-16004 and Glock 22 40 caliber TFB869

44. 03/30/2023 Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Diamondback DB9 9mm pistol YN1755

45. 03/30/2023, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Lone Wolf Receiver F1AD712 and Cobra CB380 380 pistol CT112695 (Derringer)

46. 04/17/2023 Tactical Studio LLC, 5023 W Olive Ave, Glendale, AZ 85302. Diamondback DB9 9mm pistol YN1769

47. 04/18/2023, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Beretta APX 9mm pistol A079201X

48. 04/18/2023, Cabelas, 9380 W Glendale ave, Glendale, AZ 85305. Ruger EC9S 9mm pistol 462-95667

49. 04/20/2023, Sammy Ds, 4850 W North LN, Glendale, AZ 85302. Jimenez JA380 380 pistol 130664 and SCCY CPX-1 9mm pistol 213083.

50. 04/21/2023, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. SCCY CPX2 9mm pistol C451320

51. 04/22/2023, Sportsmans Warehouse, 10145 W McDowell Road, Avondale, AZ 85392. Attempt to obtain 2 handguns but delayed. Signed 4473

52. 04/24/2023, Superpawn, 300 W McDowell Road, Phoenix AZ 85003. Attempt to obtain shotgun but delayed. Signed 4473