GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorney for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 1 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

vs.

1. Jessica Lynn Cooper, and
   (Counts 1-101)

2. Michael Fuller,
   (Counts 102-103)

  Defendants.

No. CR-23-00760-PHX-DLR (DMF)

**INDICTMENT**

VIO: 18 U.S.C. § 924(a)(1)(A)
(False Statement During the Purchase of a Firearm)
Counts 1 – 52

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(Material False Statement During the Purchase of a Firearm)
Counts 53 – 100

18 U.S.C. §§ 933(a)(1) and 933(b)
(Trafficking in Firearms)
Counts 101 and 102

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)
Count 103

18 U.S.C. §§§ 924, 981 and 982;
21 U.S.C. §§ 853 and 881;
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNTS 1 - 52**

On or between November 16, 2021 and April 24, 2023, in the District of Arizona, Defendant JESSICA LYNN COOPER knowingly made false statements and

representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JESSICA LYNN COOPER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant JESSICA LYNN COOPER resided at an address on W. Belmont Ave. in Phoenix, Arizona, whereas in truth and fact, Defendant JESSICA LYNN COOPER knew that she resided at a different address:

| Count | Date | Location |
|---|---|---|
| 1 | 11/16/2021 | Cal Ranch |
| 2 | 01/19/2022 | Cal Ranch |
| 3 | 08/12/2022 | Pawn 1st |
| 4 | 09/03/2022 | Pawn 1st |
| 5 | 09/10/2022 | Sammy Ds |
| 6 | 09/23/2022 | Sportsmans Warehouse |
| 7 | 09/24/2022 | Sportsmans Warehouse |
| 8 | 09/25/2022 | Sportsmans Warehouse |
| 9 | 09/26/2022 | Sportsmans Warehouse |
| 10 | 09/27/2022 | Tactical Studio LLC |
| 11 | 09/29/2022 | Sammy Ds |
| 12 | 10/04/2022 | Sportsmans Warehouse |
| 13 | 10/06/2022 | Cabelas |
| 14 | 10/07/2022 | Tactical Studio LLC |
| 15 | 10/09/2022 | Sportsmans Warehouse |
| 16 | 10/11/2022 | Sammy Ds |
| 17 | 10/12/2022 | Tactical Studio LLC |

| | | |
|---|---|---|
| 18 | 10/14/2022 | Tactical Studio LLC |
| 19 | 10/17/2022 | Tombstone |
| 20 | 10/18/2022 | Cabelas |
| 21 | 10/18/2022 | Tactical Studio LLC |
| 22 | 10/19/2022 | Pawn 1st |
| 23 | 10/21/2022 | Sportsmans Warehouse |
| 24 | 10/22/2022 | Tactical Studio LLC |
| 25 | 10/27/2022 | Tactical Studio LLC |
| 26 | 10/28/2022 | Cabelas |
| 27 | 10/28/2022 | Tombstone |
| 28 | 10/31/2022 | Cabelas |
| 29 | 10/31/2022 | Sportsmans Warehouse |
| 30 | 11/02/2022 | Sportsmans Warehouse |
| 31 | 11/04/2022 | Cabelas |
| 32 | 11/10/2022 | Tactical Studio LLC |
| 33 | 11/18/2022 | Sportsmans Warehouse |
| 34 | 11/21/2022 | Sammy Ds |
| 35 | 11/22/2022 | Sammy Ds |
| 36 | 11/26/2022 | Sportsmans Warehouse |
| 37 | 11/28/2022 | Sportsmans Warehouse |
| 38 | 12/26/2022 | Tactical Studio LLC |
| 39 | 01/16/2023 | Tactical Studio LLC |
| 40 | 01/18/2023 | Ammo AZ |
| 41 | 01/19/2023 | Sportsmans Warehouse |
| 42 | 02/08/2023 | Sportsmans Warehouse |
| 43 | 03/22/2023 | Cabelas |
| 44 | 03/30/2023 | Tactical Studio LLC |
| 45 | 03/30/2023 | Sammy Ds |

| Count | Date | Location |
|---|---|---|
| 46 | 04/17/2023 | Tactical Studio LLC |
| 47 | 04/18/2023 | Cabelas |
| 48 | 04/18/2023 | Cabelas |
| 49 | 04/20/2023 | Sammy Ds |
| 50 | 04/21/2023 | Sportsmans Warehouse |
| 51 | 04/22/2023 | Sportsmans Warehouse |
| 52 | 04/24/2023 | Superpawn |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 53 - 100**

On or between August 12, 2022 and April 24, 2023, in the District of Arizona, Defendant JESSICA LYNN COOPER knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant JESSICA LYNN COOPER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer, whereas in truth and fact, she knew that she was purchasing the firearms for someone else:

| Count | Date | Location |
|---|---|---|
| 53 | 08/12/2022 | Pawn 1st |
| 54 | 09/03/2022 | Pawn 1st |
| 55 | 09/10/2022 | Sammy Ds |
| 56 | 09/23/2022 | Sportsmans Warehouse |
| 57 | 09/24/2022 | Sportsmans Warehouse |

| | | | |
|---|---|---|---|
| 1 | 58 | 09/25/2022 | Sportsmans Warehouse |
| 2 | 59 | 09/26/2022 | Sportsmans Warehouse |
| 3 | 60 | 09/27/2022 | Tactical Studio LLC |
| 4 | 61 | 09/29/2022 | Sammy Ds |
| 5 | 62 | 10/04/2022 | Sportsmans Warehouse |
| 6 | 63 | 10/06/2022 | Cabelas |
| 7 | 64 | 10/07/2022 | Tactical Studio LLC |
| 8 | 65 | 10/09/2022 | Sportsmans Warehouse |
| 9 | 66 | 10/11/2022 | Sammy Ds |
| 10 | 67 | 10/12/2022 | Tactical Studio LLC |
| 11 | 68 | 10/14/2022 | Tactical Studio LLC |
| 12 | 69 | 10/17/2022 | Tombstone |
| 13 | 70 | 10/18/2022 | Cabelas |
| 14 | 71 | 10/18/2022 | Tactical Studio LLC |
| 15 | 72 | 10/19/2022 | Pawn 1st |
| 16 | 73 | 10/21/2022 | Sportsmans Warehouse |
| 17 | 74 | 10/22/2022 | Tactical Studio LLC |
| 18 | 75 | 10/27/2022 | Tactical Studio LLC |
| 19 | 76 | 10/28/2022 | Cabelas |
| 20 | 77 | 10/28/2022 | Tombstone |
| 21 | 78 | 10/31/2022 | Cabelas |
| 22 | 79 | 10/31/2022 | Sportsmans Warehouse |
| 23 | 80 | 11/02/2022 | Sportsmans Warehouse |
| 24 | 81 | 11/04/2022 | Cabelas |
| 25 | 82 | 11/10/2022 | Tactical Studio LLC |
| 26 | 83 | 11/18/2022 | Sportsmans Warehouse |
| 27 | 84 | 11/21/2022 | Sammy Ds |
| 28 | 85 | 11/22/2022 | Sammy Ds |

|     |            |                    |
| --- | ---------- | ------------------ |
| 86  | 11/26/2022 | Sportsmans Warehouse |
| 87  | 11/28/2022 | Sportsmans Warehouse |
| 88  | 12/26/2022 | Tactical Studio LLC |
| 89  | 01/16/2023 | Tactical Studio LLC |
| 90  | 01/18/2023 | Ammo AZ |
| 91  | 02/08/2023 | Sportsmans Warehouse |
| 92  | 03/22/2023 | Cabelas |
| 93  | 03/30/2023 | Tactical Studio LLC |
| 94  | 03/30/2023 | Sammy Ds |
| 95  | 04/17/2023 | Tactical Studio LLC |
| 96  | 04/18/2023 | Cabelas |
| 97  | 04/20/2023 | Sammy Ds |
| 98  | 04/21/2023 | Sportsmans Warehouse |
| 99  | 04/22/2023 | Sportsmans Warehouse |
| 100 | 04/24/2023 | Superpawn |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**<u>COUNT 101</u>**

On or between January 16, 2023 and May 1, 2023, in the District of Arizona, Defendant JESSICA LYNN COOPER did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in or otherwise affecting interstate or foreign commerce, to Defendant MICHAEL FULLER, whom Defendant JESSICA LYNN COOPER knew or had reasonable cause to believe that Defendant MICHAEL FULLER's use, carrying, or possession of the firearm would constitute a felony, to wit: Title 18, United States Code, Section 922(g)(2), Fugitive from Justice in Possession of Firearm, Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, and Arizona Revised Statute (A.R.S.) § 13-3102(a)(4), Misconduct Involving Weapons.

In violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

- 6 -

**COUNT 102**

On or between January 16, 2023 and May 1, 2023, in the District of Arizona, Defendant MICHAEL FULLER did receive a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in or otherwise affecting interstate or foreign commerce, from Defendant JESSICA LYNN COOPER, and Defendant MICHAEL FULLER knew or had reasonable cause to believe that Defendant MICHAEL FULLER's receipt of the firearm would constitute a felony, to wit: Title 18, United States Code, Section 922(g)(2), Fugitive from Justice in Possession of Firearm, Title 18, United States Code, Section 922(g)(1), Felon in Possession of Firearm, and Arizona Revised Statute (A.R.S.) § 13-3102(a)(4), Misconduct Involving Weapons.

In violation of Title 18, United States Code, Section 933(a)(1) and 933(b).

**COUNT 103**

On or about May 1, 2023, in the District of Arizona, Defendant MICHAEL FULLER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 103 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 103 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

1. A Glock 17, 9mm pistol, serial number SPD1741,

2. A Ruger Wrangler, .22 revolver, serial number 207-16004, and

3. A Beretta APX 9mm pistol, serial number A079201X.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924, 981, and 982; 21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 16, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
JACQUELINE SCHESNOL
Assistant U.S. Attorney