GARY M. RESTIANO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff



FILED ☒  LODGED ☐

**Mar 03 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Michael Fuller,

    Defendant.

No. CR 23-00760-002-PHX-DJH

**INFORMATION**

VIO:    18 U.S.C. § 933(a) and 933(b)
(Trafficking in Firearms)
Count 1

18 U.S.C. §§ 924(d), 934, 981, 982,
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES:**

**COUNT 1**

On or between January 16, 2023 and May 1, 2023, in the District of Arizona, Defendant MICHAEL FULLER did receive a firearm, to wit: a Glock 17, 9mm pistol, serial number SPD1741, in or otherwise affecting interstate or foreign commerce, from Defendant JESSICA LYNN COOPER, and Defendant MICHAEL FULLER knew or had reasonable cause to believe that Defendant MICHAEL FULLER's receipt of the firearm would constitute a felony, to wit: Title 18, United States Code, Section 922(g)(2), Fugitive from Justice in Possession of Firearm, Title 18, United States Code, Section 922(g)(1), Felon in Possession of Firearm, and Arizona Revised Statute (A.R.S.) § 13-3102(a)(4), Misconduct Involving Weapons.

In violation of Title 18, United States Code, Section 933(a)(2) and 933(b).

## FORFEITURE ALLEGATION

The United States Attorney's Office realleges and incorporates the allegations of Count 1 of this Information, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d), 934, and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Information, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

1. A Glock 17, 9mm pistol, serial number SPD1741, and

2. A Ruger Wrangler, .22 revolver, serial number 207-16004.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

- 2 -

All in accordance with Title 18, United States Code, Sections 924(d), 934, and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

Dated this ___28th___ day of February 2024.

GARY M. RESTIANO
United States Attorney
District of Arizona

Digitally signed by JACQUELINE SCHESNOL
Date: 2024.02.28 16:27:55 -07'00'

JACQUELINE SCHESNOL
Assistant United States Attorney